# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff
- vs
Natalia HUMM
Defendant

CASE NUMBER: CR: 07-2948-GARBER

REPORT COMMENCING CRIMINAL ACTION
78870-004
USMS NUMBER

TO: CLERK'S OFFICE U.S. DISTRICT COURT — MIAMI (circled) FT.LAUDERDALE W. PALM BEACH (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE N/A.

(1) DATE AND TIME OF ARREST: 7/27/07 1930 AM ____ PM ✓

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: 8USC 1325 Marrage Fraud.

(4) DATE OF BIRT[redacted]1957

(5) TYPE OF CHAR[redacted]MENT: (CHECK ONE)
{ } INDICTMENT { ✓} COMPLAINT TO BE FILED/ALREADY FILED (circled)
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: ____

(6) REMARKS: ____

(7) DATE: 7/27/07 (8) ARRESTING OFFICER: Special Agent Sim Pillips.

(8) AGENCY: U.S. Immigration & Customs Enforcement (10) PHONE: 1800X SECTOR

(11) COMMENTS: ____