# COURT MINUTES

## U.S. MAGISTRATE JUDGE STEPHEN T. BROWN - COURTROOM VIII

DATE: Wed., August 8, 2007 TIME: 10:00 a.m. . PAGE 12

DEFT: NATALIE HUMM 78870-004

CASE NO: 07-2948-GARBER

AUSA:

ATTY: LARRY KLAYMAN, TEMP

AGENT:

VIOL: WARR/COMPL/MDFL/MARRIAGE FRAUD

PROCEEDING: RRC

RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no

COUNSEL APPOINTED:

BOND SET STIP PTD

To be cosigned by:

INTERPRETER:

- ❑ All Standard Conditions.
- ❑ Surrender / or do not obtain passports / travel documents
- ❑ Rpt to PTS as directed / or ________ x's a week/month by phone; ________ x's a week/month in person
- ❑ Refrain from excessive use of alcohol
- ❑ Participate in a mental health assessment and treatment
- ❑ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❑ Not to encumber property.
- ❑ Maintain or seek full - time employment/education.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ May Not visit Transportation Establishments.
- ❑ Travel extended to: ________
- ❑ Home Confinement/Electronic Monitoring/Curfew ________ paid by ________.
- ❑ Other________

**Disposition:** DEFENDANT WAIVED REMOVAL ON 8/6/07 AND WAS ORDERED REMOVED TO MDFL; REMOVAL STAYED TO 8/8/07 PENDING RRC

(atty no show) This case was initially reset for 1:30 this afternoon. Subsequent to speaking with counsel the matter was taken off the 1:30 p.m. calendar because counsel filed a notice of permanent appearance

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE | | | | |

TAPE No. 07-D-50- Begin: 680 TIME: 2 min